UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CARBON CAPITAL II, INC., a Maryland   :
corporation,

                       :   Index No. 08 Civ. 3660 (JES)

          Plaintiff,       :   **ELECTRONICALLY FILED**

     - against -       :   **NOTICE OF APPEARANCE**

ROYAL PALM SENIOR INVESTORS, LLC, a :
Delaware limited liability company, and GUY T. :
MITCHELL, an individual,       :
                             :

          Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO THE CLERK:

      Please enter an appearance in the above-captioned action for SIDLEY AUSTIN

LLP, as counsel for Plaintiff Carbon Capital II, Inc.

Dated: New York, New York         Respectfully submitted,
      April 18, 2008

                                SIDLEY AUSTIN LLP

                                By: _____
                                  Nicholas P. Crowell
                                  Isaac S. Greaney
                                  Alex J. Kaplan
                                  787 Seventh Avenue
                                  New York, New York 10019
                                  (212) 839-5300

                                *Attorneys for Plaintiff Carbon Capital II, Inc.*

STATE OF NEW YORK          )
                          )     s.s.:
COUNTY OF NEW YORK         )

### AFFIDAVIT OF SERVICE

I, George L. Conover, being over the age of eighteen (18) years, and not a party to

this action, and being first duly sworn, state on oath that on April 18, 2008, I served the annexed

Notice of Appearance by mail in the State of New York upon:

>H. Peter Haveles
>Jonathan Francis
>Arnold & Porter LLP
>399 Park Avenue
>New York, NY  10022-4690

_____
George L. Conover

Subscribed and sworn to me this
18th day of April, 2008

_____
Notary Public
WILLIAM U. GENG
Notary Public, State Of New York
No. 01GE4874791
Qualified In New York County
Commission Expires 05/31/20 10