UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
CARBON CAPITAL II, INC., a Maryland
corporation,

                Plaintiff,

      - against -

ROYAL PALM SENIOR INVESTORS, LLC, a
Delaware limited liability company, and GUY T.
MITCHELL, an individual,

                Defendants.
----------------------------------X

Index No. 08 Civ. 3660 (JES)

**ELECTRONICALLY FILED**

**NOTICE OF APPEARANCE**

TO THE CLERK:

      Please enter an appearance in the above-captioned action for SIDLEY AUSTIN LLP, as counsel for Plaintiff Carbon Capital II, Inc.

Dated: New York, New York
       April 18, 2008

Respectfully submitted,

SIDLEY AUSTIN LLP

By: _____
   Nicholas P. Crowell
   Isaac S. Greaney
   Alex J. Kaplan
   787 Seventh Avenue
   New York, New York 10019
   (212) 839-5300

*Attorneys for Plaintiff Carbon Capital II, Inc.*

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) s.s.: |
| COUNTY OF NEW YORK | ) |

## AFFIDAVIT OF SERVICE

I, George L. Conover, being over the age of eighteen (18) years, and not a party to this action, and being first duly sworn, state on oath that on April 18, 2008, I served the annexed Notice of Appearance by mail in the State of New York upon:

> H. Peter Haveles
> Jonathan Francis
> Arnold & Porter LLP
> 399 Park Avenue
> New York, NY  10022-4690

_____
George L. Conover

Subscribed and sworn to me this
18th day of April, 2008

_____
Notary Public
WILLIAM U. GENG
Notary Public, State Of New York
No. 01GE4874791
Qualified In New York County
Commission Expires 05/31/20 12