UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CARBON CAPITAL II, INC., a Maryland         :
corporation,                                :
                                            :
                                            :   Index No. 08 Civ. 3660 (JES)
                Plaintiff,                  :
                                            :   **ELECTRONICALLY FILED**
        - against -                         :
                                            :   **NOTICE OF APPEARANCE**
ROYAL PALM SENIOR INVESTORS, LLC, a         :
Delaware limited liability company, and GUY T. :
MITCHELL, an individual,                    :
                                            :
                Defendants.                 :
------------------------------------X

TO THE CLERK:

Please enter an appearance in the above-captioned action for SIDLEY AUSTIN LLP, as counsel for Plaintiff Carbon Capital II, Inc.

Dated: New York, New York           Respectfully submitted,
       April 18, 2008
                                    SIDLEY AUSTIN LLP

                                    By: _____
                                       Nicholas P. Crowell
                                       Isaac S. Greaney
                                       Alex J. Kaplan
                                       787 Seventh Avenue
                                       New York, New York 10019
                                       (212) 839-5300

                                    *Attorneys for Plaintiff Carbon Capital II, Inc.*

STATE OF NEW YORK )
) s.s.:
COUNTY OF NEW YORK )

## AFFIDAVIT OF SERVICE

I, George L. Conover, being over the age of eighteen (18) years, and not a party to this action, and being first duly sworn, state on oath that on April 18, 2008, I served the annexed Notice of Appearance by mail in the State of New York upon:

H. Peter Haveles
Jonathan Francis
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

_____
George L. Conover

Subscribed and sworn to me this
18th day of April, 2008

_____
Notary Public
WILLIAM U. GENG
Notary Public, State Of New York
No. 01GE4874791
Qualified In New York County
Commission Expires 05/31/20 12