UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CARBON CAPITAL II, INC.,

            Plaintiff,

    - against -                           08 Civ. 3660 (JES)
                                              **ORDER**

ROYAL PALM SENIOR INVESTORS, LLC.
AND GUY T. MITCHELL,

            Defendants.
----------------------------------------X

    Counsel to all parties in the above-captioned action having appeared before the Court for a Pre-Trial Conference on April 30, 2008, and the Court having considered all matters raised, it is

    **ORDERED** that the Hearing on plaintiff's application for a Preliminary Injunction previously scheduled for May 1, 2008 shall be and hereby is adjourned until May 13, 2008 at 12:30 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:    New York, New York
            May   1  , 2008

                                                    John E. Sprizzo
                                                    United States District Judge