UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CARBON CAPITAL II, INC., a Maryland
corporation,

                Plaintiff,

      - against -

ROYAL PALM SENIOR INVESTORS, LLC, a
Delaware limited liability company, and GUY T.
MITCHELL, an individual,

                Defendants.
------------------------------------X

Index No. 08 Civ. 3660 (JES)

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Carbon Capital II, Inc. hereby voluntarily dismisses the above-captioned action in its entirety, without prejudice against defendants Royal Palm Senior Investors, LLC and Guy T. Mitchell.

Dated: New York, New York
       May 7, 2008

Respectfully submitted,

SIDLEY AUSTIN LLP

By: _____
Nicholas P. Crowell
Isaac S. Greaney
Alex J. Kaplan
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300

*Attorneys for Plaintiff
Carbon Capital II, Inc.*

NY1 6630934v.1